THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. BRIAN SALVATORE | * CIVIL ACTION NO. |
| VERSUS | * |
| | * JUDGE |
| DR. ROBERT SMITH IN HIS OFFICIAL CAPACITY AS CHANCELLOR OF LOUISIANA STATE UNIVERSITY ("LSUS") AND MR. CARLTON (TREY) JONES IN HIS OFFCIAL CAPACITY AS DEPUTY GENERAL COUNSEL FOR THE LSU BOARD OF SUPERVISORS | * |

## VERIFICATION

I, Dr. Brian Salvatore hereby declare, under penalty of perjury, that I am the Plaintiff in this case, that I have reviewed the complaint, and that I verify that all allegations of fact are true and correct. I further verify that the Exhibits 1-4 are authentic copies of documents which my attorneys and I have sent and received in connection with my upcoming scheduled termination hearing on April 8, 2024.

Singed this 4th day of April 2024.

Dr. Brian Salvatore