

VIA EMAIL: jasmith@jarthursmith.com
Dr. Brian Salvatore
c/o J. Arthur Smith III
Smith Law Firm
830 North Street
Baton Rouge, LA 70802

March 6, 2024

RE:  hearing committee request

Dear Dr. Salvatore,

The hearing on your removal as tenured faculty is set for April 3, 2024 at 8:00 a.m. in the LSUS Chancellor's Board Room. Pursuant to LSUS Policy Statement 2.19.02, Section IV, Chancellor Robert Smith has appointed the following faculty to the Hearing Committee in this matter: Dr. Meredith Nelson, Dr. Timothy Shaughnessy, Dr. Yong Dai, Dr. Richard Watson and Dr. Cheryl White.

As permitted under the policy, you may challenge the appointment of a Committee member for any alleged lack of fairness or objectivity. Any challenge and any supporting evidence must be submitted to me no later than 4:30 p.m. on March 20, 2024. Please copy Chancellor Smith on any correspondence challenging Committee members.

The proceedings will be governed by LSUS Policy Statement 2.19.02. The following procedures will be employed at the hearing:

1. The hearing will be set for one day only. Each side will be time-limited as follows:
    a. Opening statements: 15 minutes per side
    b. Presentation of evidence (including any witnesses) by the University: 2 hours
    c. Presentation of evidence (including any witnesses) by Dr. Salvatore: 2 hours
    d. Rebuttal by the University (if deemed necessary): 15 minutes
    e. Closing statements: 15 minutes per side

Time limits may be adjusted by the Hearing Committee with good cause shown.

2. You are entitled to have an advisor present for the hearing. You are also entitled to be represented by legal counsel at the hearing. Neither the advisor nor legal counsel may cross-examine witnesses, present evidence, present argument, address the committee, or directly participate in the hearing. The advisor and legal counsel may only counsel and confer with you.

EXHIBIT 3

3. University Counsel may also be present to advise the University, but may not cross-examine witnesses, present evidence, or present argument.
4. The University will present first. You will present second. The University may then present rebuttal.
5. To the extent the University intends to use any documentary evidence at the hearing, it will be provided to you no later than 4:30 p.m. on March 20, 2024. To the extent you intend to use any documentary evidence at the hearing, it must be submitted to me no later than 4:30 p.m. on March 25, 2024. The University may identify additional documents in rebuttal no later than 4:30 p.m. on March 27, 2024, at which point materials will be furnished to you and to the Committee.
6. Both you and the University will have the opportunity to present witnesses and evidence and cross-examine any witnesses who present testimony. The University will provide a list of any live witnesses no later than 4:30 p.m. on March 20, 2024. You must provide your witness list to me no later than 4:30 p.m. on March 25, 2024. The University may then identify a rebuttal witness list no later than 4:30 p.m. on March 27, 2024. You are responsible for the attendance of your witnesses.
7. The University has already provided a document to you, dated November 8, 2023, detailing the charges. You have provided a written response, dated December 11, 2023. Both will be shared with the Committee, but not before March 27, 2024. Any additional briefs, letters or written argument must be submitted to me no later than 4:30 p.m. on March 27, 2024.
8. The hearing shall be closed to the public. An audio recording of the proceedings (but not the deliberations) will be made and filed with the Chancellor. A copy will be provided to you upon request.
9. After the hearing, the Hearing Committee will deliberate in private. The Committee will issue written findings on the material facts and issue a recommendation for appropriate action to the Chancellor. The written findings will include a vote count (if not unanimous) and any minority findings or recommendations. The decision will be delivered to the Chancellor with a copy to you.

Questions may be directed to me in writing. All submissions to the Committee should be sent to me with a copy to Deputy General Counsel Trey Jones (jones@lsu.edu), who will serve as University Counsel in this matter. Your counsel may also reach out to Mr. Jones directly.

Sincerely yours,

Dr. Helen Clare Taylor
Provost and Vice Chancellor for Academic Affairs