## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**DR. BRIAN SALVATORE**   *   **CIVIL ACTION NO. 3:24-CV-270**
*
**VERSUS**   *
*   **JUDGE BRIAN A. JACKSON**
**DR. ROBERT SMITH IN HIS OFFICIAL**   *
**CAPACITY AS CHANCELLOR OF**   *
**LOUISIANA STATE UNIVERSITY ("LSUS")**   *
**AND MR. CARLTON (TREY) JONES**   *
**IN HIS OFFICIAL CAPACITY AS DEPUTY**   *
**GENERAL COUNSEL FOR THE**   *
**LSU BOARD OF SUPERVISORS**   *
*   **MAG. J. RICHARD L. BOURGEOIS**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>

The motion of Dr. Brian Salvatore, through undersigned counsel, respectfully represents as follows.

1.

On April 4, 2024, the Plaintiff filed a Verified Complaint for Declaratory Relief, Injunctive Relief, and Temporary Restraining Order. (Doc. 1).

2.

All allegations of the Verified Complaint for the Declaratory Relief, Injunctive Relief, and Temporary Restraining Order are hereby expressly incorporated herein by reference.

3.

On the morning of April 5, 2024, counsel for Plaintiff, Dr. Brian Salvatore, e-mailed a copy of the Verified Complaint for Declaratory Relief, Injunctive Relief, and Temporary Restraining Order to Mr. Carlton ("Trey") Jones, Deputy General Counsel for the LSU Board of Supervisors.

WHEREFORE, the Plaintiff, Dr. Brian Salvatore, respectfully prays that his motion for temporarily restraining order be granted.

Respectfully submitted:

s/ J. Arthur Smith, III_____
**J. ARTHUR SMITH, III** (Bar No. 07730)
830 North Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
Email: jasmith@jarthursmith.com

_s/ Mike Jefferson_
**MICHAEL J. JEFFERSON**
ATTORNEY AT LAW
La. Bar Roll No. 22430
P.O. Box 1906
Baton Rouge, LA 70821-1906
mjefferson@mjjefferson.com

_Attorneys for Plaintiff_
_Dr. Brian Salvatore_

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing has this day been electronically filed with the Clerk of Court for the U.S. District Court, Middle District of Louisiana and that a copy of same has been served upon all counsel of record via automatic operation of the Court's ECF/ECM electronic filing system.

Baton Rouge, Louisiana this <u>5th</u> day of April, 2024.

<u>/s/</u> J. Arthur Smith, III
J. Arthur Smith, III