# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DR. BRIAN SALVATORE** | **CIVIL ACTION NO. 3:24-CV-00270** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **DR. ROBERT SMITH,** *et al.* | **MAGISTRATE JUDGE BOURGEOIS** |

## DEFENDANTS' EX PARTE MOTION TO SUBSTITUTE INCORRECTLY FILED DOCUMENT

**NOW INTO COURT,** through undersigned counsel, come Defendants, Dr. Robert Smith (Smith'), and William F. Tate, IV ('President Tate') who respectfully move this Court to substitute their previously filed Motion For Leave To File Memorandum In Support of Motion to Dismiss In Excess Of The Page Limit Under Local Rule 7(g) (Doc. 70) with the version attached hereto, which contains the corrected Motion For Leave To File Memorandum In Support of Motion to Dismiss In Excess Of The Page Limit Under Local Rule 7(g).[1]

**WHEREFORE**, Defendants ask the Court to substitute the attached Motion For Leave To File Memorandum In Support of Motion to Dismiss In Excess Of The Page Limit Set By Local Rule 7(g) (Exhibit A) for the previous version. (Doc. 70).

---

[1] Although correctly labelled as a Motion for Leave to Exceed Page Limits, Document 70 currently contains a copy of Defendants' Motion to Dismiss (Doc. 69), which was inadvertently attached in place of the Motion for Leave.

Respectfully submitted on this 11th day of December 2024,

        **LIZ MURRILL**
        **ATTORNEY GENERAL**

        *By: s/Molly Gunnels*
        CHRISTINE S. KEENAN, T.A. (No. 23293)
        ELIZABETH BAILLY BLOCH (No. 37591)
        MOLLY GUNNELS (No. 38249)
        **Special Assistant Attorney General**
        The Kullman Firm
        A Professional Law Corporation
        4605 Bluebonnet Boulevard, Suite A
        Baton Rouge, Louisiana 70809
        Telephone: (225) 906-4250
        E-mail:    csk@kullmanlaw.com
                      ebb@kullmanlaw.com
                      mjg@kullmanlaw.com

        ATTORNEYS FOR DEFENDANTS, DR.
        ROBERT SMITH AND WILLIAM F. TATE, IV

## CERTIFICATE OF SERVICE

I do hereby certify that on the 11th day of December 2024, I electronically filed the foregoing pleading by using the CM/ECF system and that a copy of the foregoing pleading will be served on all counsel of record via the CM/ECF system.

        *s/Molly Gunnels*
        MOLLY GUNNELS